DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

JAN 6'10AM 9:35 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SCHROEDER, MICHAEL DAVID and
MENDOZA, YOLANDA SUGAR MISCHELL

Case No. 06-00449-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $67.23, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 61 | NCO FINANCIAL SYSTEMS INC<br>507 PRUDENTIAL ROAD<br>PHILADELPHIA, PA  19101 | $67.23 |

Dated: January 05, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4873734*     *1-6-10*     *$67.23*