MAR 5'10AM10:48 USBCEW

DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SCHROEDER, MICHAEL DAVID and
MENDOZA, YOLANDA SUGAR MISCHELL

Case No. 06-00449-PCW13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $67.17, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 61 | NCO FINANCIAL SYSTEMS INC<br>507 PRUDENTIAL ROAD<br>PHILADELPHIA, PA  19101 | $67.17 |

Dated: March 03, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt #4874034   3-5-10   $67.17*