APR 8'10am10:11 USBCEW

DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SCHROEDER, MICHAEL DAVID and
MENDOZA, YOLANDA SUGAR MISCHELL

Case No. 06-00449-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $25.83, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 2 | DALES AUTO SALES<br>16223 E SPRAGUE<br>VERADALE, WA 99037 | $25.83 |

Dated: April 02, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 487489      4-8-10            #25.83*